**Exhibit A**

| SUBJECT PHOTOGRAPHS | INFRINGING CONTENT |
|---|---|
|  |  |
|  |  |
| | [https://immortalthredz.com/products/bonita-butterfly-shoes] |


[https://immortalthredz.com/products/katy-cross-pink-platform-boots]


[https://immortalthredz.com/products/magenta-gem-platforms-1]





[https://immortalthredz.com/products/baby-doll-plaid-and-cherry-platforms-1]