NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Stephen M. Doniger
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

CLEAR FORM

ATTORNEY(S) FOR: Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLLS KILL, INC.<br><br>Plaintiff(s),<br>v.<br><br>ERIKA DOE, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DOLLS KILL, INC. | Plaintiff |
| ERIKA DOE | Defendant |

2/9/2024
Date

/s/ Stephen M. Doniger
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff